

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:25-CR-50 |
| v. | 18 U.S.C. § 922(g)(1) |
| | Possession of a Firearm by a Convicted Felon |
| MALIK TERRAIN HARRIS, | (Count One) |
| Defendant. | Forfeiture Notice |

## INDICTMENT

**March 2025 TERM - At Richmond, Virginia**

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Possession of Firearm by Convicted Felon)

On or about December 26, 2024, in the Eastern District of Virginia, and within the jurisdiction of this Court, the defendant, MALIK TERRAIN HARRIS, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Springfield, model XD9, 9mm pistol, bearing serial number BB106765, in and affecting interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

### FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of the offense charged in Count One of this Indictment, the defendant shall forfeit any firearm or ammunition involved in or used in any knowing violation of the offense or any violation of any other criminal law of the United States.

Property subject to forfeiture includes, but is not limited to:

a Springfield, model XD9, 9mm pistol, bearing serial number BB106765; and,

any and all other accompanying ammunition.

(In accordance with Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c).)

A TRUE BILL

_____
FOREPERSON   3/19/2025

ERIK S. SIEBERT
UNITED STATES ATTORNEY

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

By: _____
Stephen E. Anthony
Assistant United States Attorney

2