GRAND JURY RETURNS - RICHMOND DIVISION

Date **3/19/25**   Judge **Speight**, USMJ   Counsel for Govt **Stephen Anthony**
Grand Jury Panel # **24-2**   Grand Jury Foreperson (✓)   Court Reporter **Joshua Delauter**

On motion of the Government, granted by the Court, WARRANTS shall be issued as follows:

1. US v **Margarit**
2. US v _____
3. US v _____
4. US v _____
5. US v _____

On motion of the Government, granted by the Court, WARRANTS as DETAINERS shall be issued as follows:

1. US v **Harris**
2. US v _____
3. US v _____
4. US v _____
5. US v _____

On motion of the Government, SUMMONS shall be issued as follows:

1. US v _____
2. US v _____
3. US v _____
4. US v _____

Returns were made on the following defendants currently in federal custody, no warrant to issue at this time:

1. US v **Tang**
2. US v _____
3. US v _____

Returns were made on the following defendants NO SERVICE requested (make notation as to why):

1. US v _____
2. US v _____

On motion of the Government, granted by the Court, the following indictments shall be transferred to the _____ Division for docketing and trial:

1. US v _____
2. US v _____

Began: **1:40 p.m.**   Ended: **1:46 p.m.**   Time in Court: **6 min.**