IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 3:25-CR-00050-DJN |
| ) | |
| MALIK TERRAIN HARRIS ) | |

**PETITION AND ORDER
FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Upon representation of the United States Attorney for this District that the captioned defendant, **MALIK TERRAIN HARRIS, VASID# VA2169385H** must appear in the United States District Court for the Eastern District of Virginia at Richmond, Virginia to answer certain charges pending against him, and it being further represented that the said defendant is currently in custody;

It is hereby **ORDERED** that a writ of habeas corpus ad prosequendum be issued forthwith, to be directed to the **Sheriff** of the **Richmond City Jail, 1701 Fairfield Way, Richmond, Virginia 23223, (804) 646-4463,** to surrender the body of the above-named defendant into the custody of the United States Marshal for the Eastern District of Virginia, who shall produce the same before this Court on **July 10, 2025 at 1:00 p.m.,** and at such other times as this Court may direct, and to be thereafter forthwith returned by the United States Marshal to the above-referenced institution and custody.

Date:  July 9, 2025

/s/ _____
Summer L. Speight
United States Magistrate Judge

In Richmond, Virginia
I ask for this:

_Stephen E. Anthony_
Stephen E. Anthony
Assistant United States Attorney