# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

**UNITED STATES OF AMERICA**
   **V**                                                      **Case No: 3:25CR050-DJN**
**MALIK TERRAIN HARRIS**

*(Please See Additional Page for Personal Identifiers – Not For Public Disclosure)*

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO**:**    **Sheriff of the Richmond City Jail**
         **1701 Fairfield Way, Richmond, Virginia 23223, (804) 646-4463,**

WE COMMAND YOU to surrender **Malik Terrain Harris,** detained under your custody, to the United States Marshal for the Eastern District of Virginia or his Deputy. The United States Marshal is directed to produce this subject before the United States District Court for the Eastern District of Virginia, Richmond District Court on **July 10, 2025 at 1:00 P.M.**, and on such future dates as necessary for the determination of this case so that he/she may testify in the above-captioned matter or at such other times as the Court may direct.

The subject thereafter shall be returned forthwith by the United States Marshal to the custody of the above-referenced institution.

WITNESS, the Honorable **Summer L. Speight, United States Magistrate Judge** of the United States District Court for the Eastern District of Virginia, at Richmond, Virginia, this **9th** day of **July, 2025**.

                                                                       FERNANDO GALINDO, CLERK

                                                By: ____**FILE COPY**____
                                                                     Deputy Clerk

# U.S. MARSHALS RETURN

**I have Partially Executed This Writ By Taking Custody**

**Of The Within Named** _____

**On** _____ **And Transported Him/Her**

_____ **On** _____

_____
**United States Marshal**

**By:** _____
**Deputy**


**I have Partially Executed This Writ By Taking Custody**

**Of The Within Named** _____

**On** _____ **And Transported Him/Her**

_____ **On** _____

_____
**United States Marshal**

**By:** _____
**Deputy**